IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PARADYME ASSET MANAGEMENT, LLC | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | Civil Action No. 5:24-cv-00737-XR |
| | § § | |
| FIGURD, LLC; PEGY BRIMHALL DAVID ROBERTSON; and ROBERTSON ARCHITECTURE, LLC | § § § § | |
| *Defendants*. | § | |

## JOINT ADVISORY TO THE COURT REGARDING MEDIATION

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

NOW COME Plaintiff/Counter-Defendant, PARADYME ASSET MANAGEMENT, LLC, Defendant/Counter-Plaintiff, FIGURD, LLC, a Texas limited liability company, Defendant, PEGY BRIMHALL, Defendant, DAVID ROBERTSON, and Defendant, ROBERTSON ARCHITECTURE, LLC and, pursuant to the First Amended Scheduling Order [Doc. 31] and Rule 88, the parties hereby advise the Court as follows:

1. All the parties to this proceeding and their respective counsel participated in an all-day Zoom mediation with mediator, Donald R. Philbin, Jr., on December 13, 2024.

2. The parties were unable to reach a settlement at mediation.

3. The parties intend to move forward with the litigation and continue discovery in accordance with the First Amended Scheduling Order [Doc. 31].

Date:  January 6, 2025                                   Respectfully submitted,

**CARLTON FIELDS, P.A.**
700 N.W. 1ST. Avenue, Suite 1200
Miami, FL 33136
Telephone No.: (305) 530-0050

 /s/*James Czodli*
AARON S. WEISS
Florida Bar No. 48813
aweiss@carltonfields.com
LEE STAPLETON
Florida Bar No. 356778
(*Admitted Pro-Hac Vice*)
Lstapleton@carltonfields.com
AARON S. WEISS
Florida Bar No. 48813
aweiss@carltonfields.com
JAMES CZODLI
Florida Bar No. 123523
jczodli@carltonfields.com
Florida Bar No. 123523

*ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT, PARADYME ASSET MANAGEMENT, INC.*


**DAVIS, CEDILLO & MENDOZA, INC.**
McCombs Plaza, Suite 250
755 E. Mulberry Avenue
San Antonio, Texas 78212
Telephone No.: (210) 822-6666
Telecopier No.: (210) 660-3795

 /s/*Brandy C. Peery*
RICARDO G. CEDILLO
Texas Bar No. 04043600
rcedillo@lawdcm.com
BRANDY C. PEERY
Texas Bar No. 24057666
bpeery@lawdcm.com

*ATTORNEYS FOR DEFENDANT/COUNTER-PLAINTIFF, FIGURD, LLC, AND DEFENDANT, PEGY BRIMHALL*

**BENJAMIN, VANA, MARTINEZ & CANO, L.L.P.**
2161 NW Military Highway, Suite 111
San Antonio, Texas 78213
Telephone No.: (210) 881-0667
Telecopier No.: (210) 881-0688

 /s/*Jana Richard*
DAVID P. BENJAMIN (Attorney-in-Charge)
Texas Bar No. 02134375
dbenjamin@benlawsa.com
JANA RICHARD
State Bar No. 24040752
jrichard@benlawsa.com

***ATTORNEYS FOR DEFENDANTS, DAVID ROBERTSON AND ROBERTSON ARCHITECTURE, LLC***

## CERTIFICATE OF SERVICE

I certify that on the 6th day of January 2025 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the parties on record.

 /s/Brandy C. Peery
BRANDY C. PEERY