UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PARADYME ASSET MANAGEMENT, LLC, | § § § § § § § § § § § | Case No. SA-24-CV-00737-XR |
| *Plaintiff* | | |
| v. | | |
| FIGURD, LLC, *et al.*, | | |
| *Defendant* | | |

**PLAINTIFF'S EXPERT WITNESS DISCLOSURE**

Plaintiff Paradyme Asset Management, LLC ("Paradyme"), pursuant Fed. R. Civ. P. 26(a)(2)(A) and the Court's scheduling orders, identifies the following retained expert witness who may be used at trial to present evidence in this matter:

> Steven Lawrence Biegel, AIA, NCARB, LEED AP Architect
> Broadview Development Corporation
> 4614 Columbus Drive
> Rosharon, Texas 77583
> c/o Carlton Fields, P.A.

Mr. Biegel is expected to testify consistent with his the report served on Defendants in accordance with the Court's Second Amended Scheduling Order [D.E. 35]. Paradyme reserves the right to supplement this expert disclosure and any reports prepared by said witness, including but not limited to supplementing with additional expert witnesses that may be identified upon further discovery or investigation. Paradyme reserves the right to call at trial any and all experts identified by Defendants, notwithstanding any subsequent decision to withdraw the designation of such experts.

Dated: March 3, 2025                                           /s/ <u>Aaron S. Weiss</u>

                                                      Aaron S. Weiss
                                                      aweiss@carltonfields.com
                                                      James S. Czodli (Florida Bar #123523)
                                                      (Admitted *Pro-Hac Vice*)
                                                      Lee Stapleton (Florida Bar #356778)
                                                      (Admitted *Pro-Hac Vice*)
                                                      Aaron S. Weiss (Florida Bar # 48813)
                                                      Carlton Fields, P.A.
                                                      700 N.W. 1st Avenue, Suite 1200
                                                      Miami, FL  33136
                                                      Telephone: 305-530-0050

                                                      *Attorneys for the Plaintiff*